# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DIANA ROSAS, | Case No.: 2:18-cv-01200-APG-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| GEICO CASUALTY COMPANY, | |
| Defendant(s). | |

Pending before the Court is Defendant's motion to stay discovery. Docket No. 17. Any response shall be filed by November 30, 2018, and any reply shall be filed by noon on December 3, 2018.

IT IS SO ORDERED.

Dated: November 29, 2018

_____
Nancy J. Koppe
United States Magistrate Judge