# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DIANA ROSAS,

    Plaintiff(s),

v.

GEICO CASUALTY COMPANY,

    Defendant(s).

Case No.: 2:18-cv-01200-APG-NJK

**ORDER**

An amended complaint was filed, to which there has been no response filed by Defendant. *See* Docket No. 33. Moreover, the deadline to file the joint proposed pretrial order expired on April 30, 2019, *see* Local Rule 26-1(b)(5) (joint proposed pretrial orders are due 30 days after dispositive motion deadline); Docket No. 31 (setting dispositive motion deadline for March 31, 2019), but no joint proposed pretrial order has been filed.

In light of the above, the Court **ORDERS** the parties to file a joint status report by September 6, 2019.

IT IS SO ORDERED.

Dated: August 15, 2019

                                              Nancy J. Koppe
                                              United States Magistrate Judge