# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIANA ROSAS,<br>    Plaintiff(s),<br>v.<br>GEICO CASUALTY COMPANY,<br>    Defendant(s). | Case No.: 2:18-cv-01200-APG-NJK<br>**ORDER** |

On August 15, 2019, the Court ordered the parties to file a joint status report by September 6, 2019. Docket No. 35. Defendant filed a proposed status report to which Plaintiff did not join. *See* Docket No. 36.[1] The Court again **ORDERS** the parties to file a **JOINT** status report, this time by September 23, 2019. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated: September 16, 2019

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] In that proposed status report, Defendant represented that a responsive pleading to the amended complaint would be filed "forthwith." Docket No. 36 at 2. No such responsive pleading has been filed in the intervening ten days.

1