# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DIANA ROSAS,<br>    Plaintiff(s),<br>v.<br>GEICO CASUALTY COMPANY,<br>    Defendant(s). | Case No.: 2:18-cv-01200-APG-NJK<br><br>**ORDER** |

Pending before the Court is a joint status report. Docket No. 38. A joint proposed pretrial order filed in compliance with Local Rule 16-4 must be filed by October 21, 2019.

IT IS SO ORDERED.

Dated: September 24, 2019

Nancy J. Koppe
United States Magistrate Judge