# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DIANA ROSAS,

    Plaintiff(s),

v.

GEICO CASUALTY COMPANY,

    Defendant(s).

Case No.: 2:18-cv-01200-APG-NJK

**ORDER**

The Court ordered the parties to file a joint proposed pretrial order by October 21, 2019. Docket No. 40. The parties have violated that order. The Court again **ORDERS** the parties to file a joint proposed pretrial order, this time by October 29, 2019. **FAILURE TO COMPLY WITH THIS ORDER MAY RESULT IN THE IMPOSITION OF SANCTIONS.**

IT IS SO ORDERED.

Dated: October 22, 2019

Nancy J. Koppe
United States Magistrate Judge