# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DIANA ROSAS,

    Plaintiff

v.

GEICO Casualty Company,

    Defendant

Case No.: 2:18-cv-01200-APG-NJK

**Order Accepting Proposed Pretrial Order and Admitting Exhibits**

[ECF No. 44]

I rejected the parties' previous proposed Joint Pretrial Order (ECF No. 42) because it did not comply with Local Rules 16-3 and 16-4. *See* ECF No. 43. Among other things, I specifically pointed out that the parties improperly listed generic objections to all of each other's exhibits, without identifying which objection applies to which exhibit. In the newly proposed order, the parties repeat this error of listing generic, undifferentiated objections to each other's exhibits, despite the fact that only five exhibits have not been stipulated into evidence (four offered by the plaintiff and one offered by the defendant). *See* ECF No. 44 at 4-5. Because the parties have not properly objected to the specific exhibits, all objections are deemed waived and all five remaining exhibits listed on pages four and five of the proposed pretrial order (ECF No. 44 at 4-5) will be admitted into evidence at trial.

With that modification, I approve the parties' proposed joint pretrial order. A separate order will be entered containing the trial and calendar call dates.

DATED this 20th day of November, 2019.

                                                                      ANDREW P. GORDON
                                                                        UNITED STATES DISTRICT JUDGE