BROCK K. OHLSON, ESQ.
Nevada Bar No. 12262
IAN M. MCMENEMY, ESQ.
Nevada Bar No. 13190
**BROCK K. OHLSON PLLC**
6060 Elton Avenue
Las Vegas, NV 89107
(702) 982-0055 Phone
(702) 982-0150 Fax
E-Mail: efile@injured.vegas
*Attorneys for Plaintiff*

David J. Feldman, Esq.
Nevada Bar No. 5947
John C. Dorame, Esq.
Nevada Bar No. 10029
THE FELDMAN FIRM
8831 West Sahara
Las Vegas, Nevada 89117
Telephone: (702) 949-5096
Facsimile: (702) 949-5097
dfeldman@feldmanattorneys.com
jdorame@feldmanattorneys.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| DIANA ROSAS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY; AND DOES I through V, and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-01200-APG-NJK<br><br><br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE OPPOSITIONS TO MOTIONS IN LIMINE (FIRST REQUEST)** |

The Parties to this matter, by and through their respective counsel of record, hereby file this Stipulation and Order to Extend the Deadline to file Oppositions to Motions in Limine (First Request) by fourteen (14) days. This continuance is requested due to several calendar conflicts and office closures for the Fourth of July weekend.

IT IS HEREBY STIPULATED AND AGREED between the parties to extend the deadline to file oppositions to motions in limine currently set for June 25, 2021 to July 9, 2021.

**IT IS SO STIPULATED.**

| DATED this 22nd day of June, 2021. | DATED this 22nd day of June, 2021. |
|---|---|
| BROCK K. OHLSON PLLC | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| /s/ Ian M. McMenemy | /s/ Jonathan W. Calrson |
| Brock K. Ohlson, Nevada Bar No. 12262<br>Ian M. McMenemy, Nevada Bar No. 13190<br>BROCK K. OHLSON PLLC<br>6060 Elton Avenue<br>Las Vegas, Nevada 89107<br>Tel. (702) 982-0055<br>AND<br>David J. Feldman, Nevada Bar No. 5947<br>John C. Dorame, Nevada Bar No. 10029<br>8831 West Sahara<br>Las Vegas, Nevada 89117<br><br>*Attorneys for DIANA ROSAS* | Wade M. Hansard, Nevada Bar No. 8104<br>Jonathan W. Carlson, Nevada Bar No. 10536<br>8337 West Sunset Road, Suite 350<br>Las Vegas, Nevada 89113<br>Tel. (702) 949-1100<br><br>*Attorneys for GEICO CASUALTY COMAPNY* |

## **ORDER**

GOOD CAUSE APPEARING from the stipulation of the parties, **IT IS SO ORDERED**.

DATED this 22nd day of June, 2021

_____
UNITED STATES DISTRICT COURT JUDGE