BROCK K. OHLSON, ESQ.
Nevada Bar No. 12262
IAN M. MCMENEMY, ESQ.
Nevada Bar No. 13190
**BROCK K. OHLSON PLLC**
6060 Elton Avenue
Las Vegas, NV  89107
(702) 982-0055 Phone
(702) 982-0150 Fax
E-Mail:  efile@injured.vegas
*Attorneys for Plaintiff*

David J. Feldman, Esq.
Nevada Bar No. 5947
John C. Dorame, Esq.
Nevada Bar No. 10029
THE FELDMAN FIRM
8831 West Sahara
Las Vegas, Nevada 89117
Telephone:  (702) 949-5096
Facsimile:  (702) 949-5097
dfeldman@feldmanattorneys.com
jdorame@feldmanattorneys.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| DIANA ROSAS, individually,<br><br>Plaintiff,<br><br>vs.<br><br>GEICO CASUALTY COMPANY; AND DOES I through V, and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | CASE NO.:   2:18-cv-01200-APG-NJK<br><br><br><br>**STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE OPPOSITIONS TO MOTIONS IN LIMINE (SECOND REQUEST)** |

The Parties to this matter, by and through their respective counsel of record, hereby file this Stipulation and Order to Extend the Deadline to file Oppositions to Motions in Limine (Second Request) 21 days. This continuance is requested due to the death of Ian M. McMenemy Esq.'s immediate family member on July 4, 2021, and he will be out of the office through July 16, 2021, in addition to trial in another Nevada State District Court Case, that Plaintiff's Counsel has set from July 19, 2021 through July 23, 2021.

IT IS HEREBY STIPULATED AND AGREED between the parties to extend the deadline to file oppositions to motions in limine currently set for July 9, 2021 to July 30, 2021.

**IT IS SO STIPULATED.**

| DATED this 8th day of July, 2021. | DATED this 8th day of July, 2021. |
|---|---|
| THE FELDMAN FIRM | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| */s/ David J. Feldman* | */s/ Jonathan W. Carlson* |
| David J. Feldman, Nevada Bar No. 5947<br>John C. Dorame, Nevada Bar No. 10029<br>8831 West Sahara<br>Las Vegas, Nevada 89117<br>AND<br>Brock K. Ohlson, Nevada Bar No. 12262<br>Ian M. McMenemy, Nevada Bar No. 13190<br>BROCK K. OHLSON PLLC<br>6060 Elton Avenue<br>Las Vegas, Nevada 89107<br>Tel. (702) 982-0055<br><br>*Attorneys for DIANA ROSAS* | Wade M. Hansard, Nevada Bar No. 8104<br>Jonathan W. Carlson, Nevada Bar No. 10536<br>8337 West Sunset Road, Suite 350<br>Las Vegas, Nevada 89113<br>Tel. (702) 949-1100<br><br>*Attorneys for GEICO CASUALTY COMAPNY* |

/ / /

/ / /

/ / /

/ / /

**ORDER**

GOOD CAUSE APPEARING from the stipulation of the parties, **IT IS SO ORDERED**.

DATED this  9th day of   July        , 2021

_____
UNITED STATES DISTRICT COURT JUDGE