UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIANA ROSAS,<br><br>    Plaintiff<br><br>v.<br><br>GEICO CASUALTY COMPANY,<br><br>    Defendant | Case No.: 2:18-cv-01200-APG-NJK<br><br>**Order Granting in Part Motion for Leave to File Replies**<br><br>[ECF No. 77] |

Defendant GEICO Casualty Company moves for leave to file reply briefs in support of its motions in limine. ECF No. 77.  GEICO provides reasons why it seeks leave for only the first three of its motions. *Id.* at 2.

I THEREFORE ORDER that defendant GEICO Casualty Company's motion for leave to file replies **(ECF No. 77) is GRANTED in part**.  GEICO may file replies, limited to five pages each, in support of its motions in limine numbers 1, 2, and 3 only.  GEICO's replies must be filed by October 15, 2021.

DATED this 7th day of October, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE