1  BROCK K. OHLSON, ESQ.
   Nevada Bar No. 12262
2  Justin Corne, Esq.
   Nevada Bar No. 14504
3  BROCK K. OHLSON PLLC
   6060 Elton Avenue
4  Las Vegas, NV 89107
   (702) 982-0055 Phone
5  (702) 982-0150 Fax
   E-Mail: brock@injured.vegas
6  justin@injured.vegas
7  *Attorneys for Plaintiff*
    and
8  David J. Feldman, Esq.
   Nevada Bar No. 5947
9  THE FELDMAN FIRM
   8831 West Sahara
10 Las Vegas, Nevada 89117
   Telephone: (702) 949-5096
11 Facsimile: (702) 949-5097
   dfeldman@feldmanattorneys.com
12 *Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIANA ROSAS, individually, | Case No.: 2:18-cv-01200-APG-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND ALL RELATED DEADLINES (FOURTH REQUEST)** |
| vs. | |
| GEICO CASUALTY COMPANY; and DOES I-V; ROE CORPORATIONS I-V; | |
| Defendants. | |

The Parties to this matter, by and through their respective counsel of record, hereby file this Stipulation and Order to Continue Trial, which is currently set on the July 11, 2022 stack. This continuance is requested due to David J. Feldman, Esq.'s pre-planned and pre-paid vacation taking place that same week.

IT IS HEREBY STIPULATED AND AGREED that the Parties will be available for trial on the following dates:

1. November 7, 2022;

1

2. November 14, 2022; or

3. November 28, 2022.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated this 23rd day of June, 2022.<br><br>By: /s/ Justin Corne<br>Brock K. Ohlson, Esq.<br>Nevada Bar No. 12262<br>Justin Corne, Esq.<br>Nevada Bar No. 14504<br>BROCK K. OHLSON PLLC<br>6060 Elton Avenue<br>Las Vegas, NV 89107<br>(702) 982-0055 Phone<br>(702) 982-0150 Fax<br>E-Mail: brock@injured.vegas<br>*Attorneys for Plaintiff*<br>and<br>David J. Feldman, Esq.<br>Nevada Bar No. 5947<br>THE FELDMAN FIRM<br>8831 West Sahara Avenue<br>Las Vegas, Nevada 89117<br>Telephone: (702) 949-5096<br>Facsimile: (702) 949-5097<br>dfeldman@feldmanattorneys.com<br>*Attorneys for Plaintiff* | Dated this 23rd day of June, 2022.<br><br>By: /s/ Jonathan Carlson<br>Wade M. Hansard, Esq.<br>Nevada Bar No. 8104<br>Jonathan W. Carlson, Esq.<br>Nevada Bar No. 10536<br>Frank A. Toddre, Esq.<br>Nevada Bar No. 11474<br>MCCORMICK BARSTOW LLP<br>8337 West Sunset Road, Suite 350<br>Las Vegas, Nevada 89113<br>Tel. (702) 949-1100<br>*Attorneys for GEICO CASUALTY COMPANY* |

**ORDER**

GOOD CAUSE APPEARING from the stipulation of the parties, IT IS SO ORDERED that the July 11, 2022 trial is vacated and continued to November 14, 2022 at 9:00 a.m. Calendar call is scheduled for November 8, 2022 at 9:00 a.m. in LV Courtroom 6C.

_____
UNITED STATES DISTRICT COURT JUDGE

Dated: June 24, 2022

2