McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:     (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIANA ROSAS, individually,<br><br>          Plaintiff,<br><br>    v.<br><br>GEICO CASUALTY COMPANY; and DOES I through V, and ROE CORPORATIONS I through V, inclusive,<br><br>          Defendants. | Case No. 2:18-cv-01200-APG-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND ALL DEADLINES RELATED THERETO (FIFTH REQUEST)** |

Plaintiff Diana Rosas ("Plaintiff") and Defendant, GEICO Casualty Company ("GEICO") by and through their respective counsel of record hereby stipulate to continue the trial that is presently on this Honorable Court's calendar for the November 14, 2022 trial stack for the following reason:

The parties agree to extend the trial date until the Court's next available stack. The current trial date stack is November 14, 2022, with a calendar call date of November 8, 2022.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd Suite 350
Las Vegas, NV 89113

Case No. 2:18-cv-01200-APG-NJK
STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND ALL DEADLINES RELATED THERETO (FIFTH REQUEST)

This request is made in good faith and is based upon unavoidable trial conflicts and due to ongoing, productive settlement discussions.

IT IS RESPECTFULLY SUBMITTED, AGREED AND STIPULATED.

DATED this 19th day of October, 2022

        THE FELDMAN FIRM

        By    /s/ *David J. Feldman*
        David J. Feldman, Nevada Bar No. 5947
        8831 West Sahara
        Las Vegas, Nevada 89117
        Tel. (702) 949-5096

        -AND-

        Brock K. Ohlson, Nevada Bar No. 12262
        BROCK K. OHLSON PLLC
        6060 Elton Avenue
        Las Vegas, Nevada 89107
        Tel. (702) 982-0055

        Attorneys for DIANA ROSAS

DATED this 19th day of October, 2022

        McCORMICK, BARSTOW, SHEPPARD,
        WAYTE & CARRUTH LLP

        By    /s/ *Jonathan W. Carlson*
        Jonathan W. Carlson, Nevada Bar No. 10536
        8337 West Sunset Road, Suite 350
        Las Vegas, Nevada 89113
        Tel. (702) 949-1100

GOOD CAUSE APPEARING from the stipulation of the parties, that the November trial dates are vacated. Calendar call is now set for December 13, 2022. Trial is now set for December 19, 2022 at 9:00 a.m. in Courtroom 6C. The October 25th MTSC is vacated.

IT IS SO ORDERED:

Dated: October 19, 2022

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE