McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Frank A Toddre, II
Nevada Bar No. 11474
  *frank.toddre@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANA ROSAS, individually, | Case No. 2:18-cv-01200-APG-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND ALL DEADLINES RELATED THERETO (SIXTH REQUEST)** |
| v. | |
| GEICO CASUALTY COMPANY; and DOES I through V, and ROE CORPORATIONS I through V, inclusive, | |
| Defendants. | |

Plaintiff Diana Rosas ("Plaintiff") and Defendant, GEICO Casualty Company ("GEICO") by and through their respective counsel of record hereby stipulate to continue the trial that is presently on this Honorable Court's calendar for the December 19, 2022 trial stack for the following reason:

The parties agree to extend the trial date until the Court's next available stack beginning in February 2023. The current trial date stack is December 19, 2022, with a calendar call date of December 13, 2022.

/ / /

/ / /

/ / /

/ / /

This request is made in good faith and is based upon unavoidable trial conflicts, the holiday season, and due to ongoing, productive settlement discussions.

IT IS RESPECTFULLY SUBMITTED, AGREED AND STIPULATED.

DATED this 22nd day of November, 2022

        THE FELDMAN FIRM

        By    /s/ *David J. Feldman*
        David J. Feldman, Nevada Bar No. 5947
        8831 West Sahara
        Las Vegas, Nevada 89117
        Tel. (702) 949-5096

        -AND-

        Brock K. Ohlson, Nevada Bar No. 12262
        BROCK K. OHLSON PLLC
        6060 Elton Avenue
        Las Vegas, Nevada 89107
        Tel. (702) 982-0055

        Attorneys for DIANA ROSAS

DATED this 22nd day of November, 2022

        McCORMICK, BARSTOW, SHEPPARD,
        WAYTE & CARRUTH LLP

        By    /s/ *Jonathan W. Carlson*
        Jonathan W. Carlson, Nevada Bar No. 10536
        Frank A Toddre, II, Nevada Bar No. 11474
        8337 West Sunset Road, Suite 350
        Las Vegas, Nevada 89113
        Tel. (702) 949-1100

## ORDER

GOOD CAUSE APPEARING from the stipulation of the parties, the December trial dates are vacated. Calendar call is now set for February 21, 2023 at 9:00 a.m. Trial is now set for February 27, 2023 at 9:00 a.m. in Courtroom 6C. The November 29th MTSC is vacated.

IT IS SO ORDERED:

Dated: November 23, 2022

8767872.1

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE