McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
 *jonathan.carlson@mccormickbarstow.com*
Frank A Toddre, II
Nevada Bar No. 11474
 *frank.toddre@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO CASUALTY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DIANA ROSAS, individually,<br><br>Plaintiff,<br><br>v.<br><br>GEICO CASUALTY COMPANY; and DOES I through V, and ROE CORPORATIONS I through V, inclusive,<br><br>Defendants. | Case No. 2:18-cv-01200-APG-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE AND ALL DEADLINES RELATED THERETO (SEVENTH REQUEST)** |

Plaintiff Diana Rosas ("Plaintiff") and Defendant, GEICO Casualty Company ("GEICO") by and through their respective counsel of record hereby stipulate to continue the trial that is presently on this Honorable Court's calendar for the February 27, 2023 trial stack for the following reason:

The parties agree to extend the trial date until the Court's next available stack beginning in March 2023. The current trial date stack is February 27, 2023, with a calendar call date of December 21, 2023. Due to scheduling conflicts, the parties respectfully request that the trial not be scheduled for March 13-17, 2023; April 17-28, 2023; or May 4-14, 2023.

/ / /

/ / /

/ / /

This request is made in good faith and is based upon unavoidable conflicts and due to ongoing, productive settlement discussions.

IT IS RESPECTFULLY SUBMITTED, AGREED AND STIPULATED.

DATED this 1st day of February, 2023

        THE FELDMAN FIRM

By    /s/ *David J. Feldman*
David J. Feldman, Nevada Bar No. 5947
8831 West Sahara
Las Vegas, Nevada 89117
Tel. (702) 949-5096

-AND-

Brock K. Ohlson, Nevada Bar No. 12262
BROCK K. OHLSON PLLC
6060 Elton Avenue
Las Vegas, Nevada 89107
Tel. (702) 982-0055

Attorneys for DIANA ROSAS

DATED this 1st day of February, 2023

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By    /s/ *Jonathan W. Carlson*
Jonathan W. Carlson, Nevada Bar No. 10536
Frank A Toddre, II, Nevada Bar No. 11474
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Calendar Call set for 2/21/2023 is vacated and continued to June 20, 2023 at 09:00 AM in LV Courtroom 6C before Judge Andrew P. Gordon. Jury Trial set for 2/27/2023 is vacated and continued to June 26, 2023 at 09:00 AM in LV Courtroom 6C before Judge Andrew P. Gordon.

IT IS SO ORDERED:

Dated: February 2, 2023

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE